IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LORI DEBUS.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-9121-JAR-GEB |
| ) | |
| **BURLINGTON NORTHERN & SANTA** ) | |
| **FE RAILWAY CO., The** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# O R D E R

On October 5, 2016, the Court was advised by counsel that the parties reached an agreement settling this case in its entirety before ADR. On November 8, 2016, the parties were granted an extension to November 18, 2016 to file a motion to dismiss and submit an order for signature by Judge Robinson, or to file a stipulation of dismissal.

The clerk shall administratively terminate this action without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties are granted an additional extension to file a stipulation of dismissal signed by the parties, on or before **December 18, 2016**. The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If no stipulation is received and the parties have not moved to reopen the case within the specified time, this order shall constitute the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated: December 2, 2016

                                                         S/ Julie A. Robinson
                                                       JULIE A. ROBINSON
                                                       UNITED STATES DISTRICT JUDGE