#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

LORI DEBUS,

                Plaintiff,

     vs.                                                     Case No. 2:15-cv-09121-JAR-GEB

BURLINGTON NORTHERN & SANTA FE
RAILWAY COMPANY,

                Defendant.

## **STIPULATION OF DISMISSAL**

     Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims asserted in this lawsuit by plaintiff against defendants are dismissed with prejudice and all claims asserted in this lawsuit by defendants against plaintiff are dismissed with prejudice pursuant to the terms set forth in a separate Settlement Agreement executed by the parties. Each party shall bear his or its own costs and fees.

STIPULATED BY:

**s/Terelle A. Mock**
Terelle A. Mock                         #21465
David R. Cooper                     #16690
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
tmock@fisherpatterson.com / dcooper@fisherpatterson.com
**Attorneys for Defendant**

- 2 -

**s/Phillip M. Murphy, II**
Phillip M. Murphy, II                    #23770
LAW OFFICE OF PHILLIP MURPHY, II
6731 W 121st Street, Suite 222
Overland Park, Kansas  66209
Office:  913-661-2900
phillip@phillipmurphylaw.com
**ATTORNEY FOR PLAINTIFF**